# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VELOCITY HOLDING COMPANY, INC.,<br><br>        Debtor.<br><br>Tax I.D. No. 46-5531790 | Chapter 11<br><br>Case No. 17-12442 (KJC)<br><br>**Related to Docket No. 2** |
| In re:<br><br>VELOCITY POOLING VEHICLE, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 46-5544630 | Chapter 11<br><br>Case No. 17-12441 (KJC)<br><br>**Related to Docket No. 2** |
| In re:<br><br>ED TUCKER DISTRIBUTOR, INC.,<br><br>        Debtor.<br><br>Tax I.D. No. 75-1319197 | Chapter 11<br><br>Case No. 17-12444 (KJC)<br><br>**Related to Docket No. 2** |
| In re:<br><br>RALCO HOLDINGS, INC.,<br><br>        Debtor.<br><br>Tax I.D. No. 14-1980707 | Chapter 11<br><br>Case No. 17-12455 (KJC)<br><br>**Related to Docket No. 2** |
| In re:<br><br>RALLY HOLDINGS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 14-1980707 | Chapter 11<br><br>Case No. 17-12456 (KJC)<br><br>**Related to Docket No. 2** |
| In re:<br><br>TUCKER ROCKY CORPORATION,<br><br>        Debtor.<br><br>Tax I.D. No. 52-2065967 | Chapter 11<br><br>Case No. 17-12458 (KJC)<br><br>**Related to Docket No. 2** |

| | |
|---|---|
| In re:<br><br>TUCKER-ROCKY GEORGIA, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 47-3838121 | Chapter 11<br><br>Case No. 17-12459 (KJC)<br><br>**Related to Docket No. 2** |
| In re:<br><br>MOTORSPORT AFTERMARKET GROUP, INC.,<br><br>        Debtor.<br><br>Tax I.D. No. 94-3370080 | Chapter 11<br><br>Case No. 17-12452 (KJC)<br><br>**Related to Docket No. 2** |
| In re:<br><br>DFR ACQUISITION CORP.,<br><br>        Debtor.<br><br>Tax I.D. No. 26-3664542 | Chapter 11<br><br>Case No. 17-12443 (KJC)<br><br>**Related to Docket No. 2** |
| In re:<br><br>J&P CYCLES, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 27-4252512 | Chapter 11<br><br>Case No. 17-12445 (KJC)<br><br>**Related to Docket No. 2** |
| In re:<br><br>KURYAKYN HOLDINGS, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 27-4252341 | Chapter 11<br><br>Case No. 17-12447 (KJC)<br><br>**Related to Docket No. 2** |
| In re:<br><br>MAG CREATIVE GROUP, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 27-3734754 | Chapter 11<br><br>Case No. 17-12448 (KJC)<br><br>**Related to Docket No. 2** |

57251/0001-15158125v1

| | |
|---|---|
| In re:<br><br>MAGNET FORCE, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 42-2192635 | Chapter 11<br><br>Case No. 17-12449 (KJC)<br><br>**Related to Docket No. 2** |
| In re:<br><br>MOTORCYCLE SUPERSTORE, INC.,<br><br>    Debtor.<br><br>Tax I.D. No. 93-1291046 | Chapter 11<br><br>Case No. 17-12450 (KJC)<br><br>**Related to Docket No. 2** |
| In re:<br><br>MOTORCYCLE USA LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 20-1408994 | Chapter 11<br><br>Case No. 17-12451 (KJC)<br><br>**Related to Docket No. 2** |
| In re:<br><br>MUSTANG MOTORCYCLE PRODUCTS, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 27-4253660 | Chapter 11<br><br>Case No. 17-12453 (KJC)<br><br>**Related to Docket No. 2** |
| In re:<br><br>PERFORMANCE MACHINE, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 27-4253924 | Chapter 11<br><br>Case No. 17-12454 (KJC)<br><br>**Related to Docket No. 2** |
| In re:<br><br>RENTHAL AMERICA, INC.,<br><br>    Debtor.<br><br>Tax I.D. No. 20-4283827 | Chapter 11<br><br>Case No. 17-12457 (KJC)<br><br>**Related to Docket No. 2** |

| | |
|---|---|
| In re:<br><br>V&H PERFORMANCE, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 27-4252802 | Chapter 11<br><br>Case No. 17-12460 (KJC)<br><br>**Related to Docket No. 2** |

## ORDER (I) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the Motion.

57251/0001-15158125v1

2.  The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 17-12442 (KJC).

3.  The caption of the jointly administered cases should read as follows:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| VELOCITY HOLDING COMPANY, INC., *et al.*,[1] | Case No. 17-12442 (KJC) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Velocity Holding Company, Inc. (1790); Velocity Pooling Vehicle, LLC (4630); Ed Tucker Distributor, Inc. (9197); Ralco Holdings, Inc. (0707); Rally Holdings, LLC (0707); Tucker Rocky Corporation (5967); Tucker-Rocky Georgia, LLC (8121); Motorsport Aftermarket Group, Inc. (0080); DFR Acquisition Corp. (4542); J&P Cycles, LLC (2512); Kuryakyn Holdings, LLC (2341); MAG Creative Group, LLC (4754); MAGNET Force, LLC (2635); Motorcycle Superstore, Inc. (1046); Motorcycle USA LLC (8994); Mustang Motorcycle Products, LLC (3660); Performance Machine, LLC (3924); Renthal America, Inc. (3827); and V&H Performance, LLC (2802). The location of the Debtors' service address is 651 Canyon Drive, Suite 100, Coppell, Texas 75019.

4.  The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5.  A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Velocity Holding Company, Inc. to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration for procedural purposes only of the chapter 11 cases of: Velocity Holding Company, Inc., Case No. 17-12442; Velocity Pooling Vehicle, LLC, Case No. 17-12441; Ed Tucker Distributor, Inc., Case No. 17-12444; Ralco Holdings, Inc., Case No. 17-12455; Rally Holdings, LLC, Case No. 17-12456; Tucker Rocky Corporation, Case No. 17-12458; Tucker-Rocky Georgia,

LLC, Case No. 17-12459; Motorsport Aftermarket Group, Inc., Case No. 17-12452; DFR Acquisition Corp., Case No. 17-12443; J&P Cycles, LLC, Case No. 17-12445; Kuryakyn Holding, LLC, Case No. 17-12447; MAG Creative Group, LLC, Case No. 17-12448; MAGNET Force, LLC, Case No. 17-12449; Motorcycle Superstore, Inc., Case No. 17-12450; Motorcycle USA LLC, Case No. 17-12451; Mustang Motorcycle Products, LLC, Case No. 17-12453; Performance Machine, LLC, Case No. 17-12454; Renthal America, Inc., Case No. 17-12457; V&H Performance LLC, Case No. 17-12460. The docket in Case No. 17-12442 should be consulted for all matters affecting this case.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

7. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the Local Rules are satisfied by such notice.

8. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: Nov 17, 2017
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE