# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VELOCITY POOLING VEHICLE, LLC,<br><br>        Reorganized Debtor.<br><br>Tax I.D. No. 46-5544630 | Chapter 11<br><br>Case No. 17-12441 (KJC) |
| In re:<br><br>ED TUCKER DISTRIBUTOR, INC.,<br><br>        Reorganized Debtor.<br><br>Tax I.D. No. 75-1319197 | Chapter 11<br><br>Case No. 17-12444 (KJC) |
| In re:<br><br>RALCO HOLDINGS, INC.,<br><br>        Reorganized Debtor.<br><br>Tax I.D. No. 14-1980707 | Chapter 11<br><br>Case No. 17-12455 (KJC) |
| In re:<br><br>RALLY HOLDINGS, LLC,<br><br>        Reorganized Debtor.<br><br>Tax I.D. No. 14-1980707 | Chapter 11<br><br>Case No. 17-12456 (KJC) |
| In re:<br><br>TUCKER ROCKY CORPORATION,<br><br>        Reorganized Debtor.<br><br>Tax I.D. No. 52-2065967 | Chapter 11<br><br>Case No. 17-12458 (KJC) |
| In re:<br><br>TUCKER-ROCKY GEORGIA, LLC,<br><br>        Reorganized Debtor.<br><br>Tax I.D. No. 47-3838121 | Chapter 11<br><br>Case No. 17-12459 (KJC) |

| | |
|---|---|
| In re:<br><br>MOTORSPORT AFTERMARKET GROUP, INC.,<br><br>　　　　　　Reorganized Debtor.<br><br>Tax I.D. No. 94-3370080 | Chapter 11<br><br>Case No. 17-12452 (KJC) |
| In re:<br><br>DFR ACQUISITION CORP.,<br><br>　　　　　　Reorganized Debtor.<br><br>Tax I.D. No. 26-3664542 | Chapter 11<br><br>Case No. 17-12443 (KJC) |
| In re:<br><br>J&P CYCLES, LLC,<br><br>　　　　　　Reorganized Debtor.<br><br>Tax I.D. No. 27-4252512 | Chapter 11<br><br>Case No. 17-12445 (KJC) |
| In re:<br><br>KURYAKYN HOLDINGS, LLC,<br><br>　　　　　　Reorganized Debtor.<br><br>Tax I.D. No. 27-4252341 | Chapter 11<br><br>Case No. 17-12447 (KJC) |
| In re:<br><br>MAG CREATIVE GROUP, LLC,<br><br>　　　　　　Reorganized Debtor.<br><br>Tax I.D. No. 27-3734754 | Chapter 11<br><br>Case No. 17-12448 (KJC) |
| In re:<br><br>MAGNET FORCE, LLC,<br><br>　　　　　　Reorganized Debtor.<br><br>Tax I.D. No. 42-2192635 | Chapter 11<br><br>Case No. 17-12449 (KJC) |

| | |
|---|---|
| In re:<br><br>MOTORCYCLE SUPERSTORE, INC.,<br><br>                Reorganized Debtor.<br><br>Tax I.D. No. 93-1291046 | Chapter 11<br><br>Case No. 17-12450 (KJC) |
| In re:<br><br>MOTORCYCLE USA LLC,<br><br>                Reorganized Debtor.<br><br>Tax I.D. No. 20-1408994 | Chapter 11<br><br>Case No. 17-12451 (KJC) |
| In re:<br><br>MUSTANG MOTORCYCLE PRODUCTS, LLC,<br><br>                Reorganized Debtor.<br><br>Tax I.D. No. 27-4253660 | Chapter 11<br><br>Case No. 17-12453 (KJC) |
| In re:<br><br>PERFORMANCE MACHINE, LLC,<br><br>                Reorganized Debtor.<br><br>Tax I.D. No. 27-4253924 | Chapter 11<br><br>Case No. 17-12454 (KJC) |
| In re:<br><br>RENTHAL AMERICA, INC.,<br><br>                Reorganized Debtor.<br><br>Tax I.D. No. 20-4283827 | Chapter 11<br><br>Case No. 17-12457 (KJC) |
| In re:<br><br>V&H PERFORMANCE, LLC,<br><br>                Reorganized Debtor.<br><br>Tax I.D. No. 27-4252802 | Chapter 11<br><br>Case No. 17-12460 (KJC) |

**FINAL DECREE (A) CLOSING
CERTAIN OF THE CHAPTER 11 CASES, (B) WAIVING
CERTAIN REPORTING REQUIREMENTS, AND (C) AMENDING CASE CAPTION**

Upon the motion (the "Motion")[1] of the Reorganized Debtors for entry of a final decree (this "Final Decree") (a) closing the Closing Cases, (b) waiving certain reporting requirements, and (c) amending the case caption of the Remaining Case, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and that this Court may enter this Final Decree consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Reorganized Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY DECREED AND ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The cases of Velocity Pooling Vehicle, LLC (Case No. 17-12441); Ed Tucker Distributor, Inc. (Case No. 17-12444); Ralco Holdings, Inc. (Case No. 17-12455); Rally Holdings, LLC (Case No. 17-12456); Tucker Rocky Corporation (Case No. 17-12458); Tucker-

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

4

Rocky Georgia, LLC (Case No. 17-12459); Motorsport Aftermarket Group, Inc. (Case No. 17-12452); DFR Acquisition Corp. (Case No. 17-12443); J&P Cycles, LLC (Case No. 17-12445); Kuryakyn Holdings, LLC (Case No. 17-12447); MAG Creative Group, LLC (Case No. 17-12448); MAGNET Force, LLC (Case No. 17-12449); Motorcycle Superstore, Inc. (Case No. 17-12450); Motorcycle USA LLC (Case No. 17-12451); Mustang Motorcycle Products, LLC (Case No. 17-12453); Performance Machine, LLC (Case No. 17-12454); Renthal America, Inc. (Case No. 17-12457); and V&H Performance, LLC (Case No. 17-12460) are hereby closed effective as of the date of entry of this Final Decree.

3. The Closing Cases are hereby removed from the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [ECF No. 37]. The Remaining Case shall remain open for the purpose of administering the Plan, including without limitation, objecting to claims, and shall be administered under the following amended caption:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>VELOCITY HOLDING COMPANY, INC.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 17-12442 (KJC) |

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 1790. The location of the Reorganized Debtor's service address is 651 Canyon Drive, Suite 100, Coppell, Texas 75019.

4. Entry of this Final Decree is without prejudice to the rights of the Reorganized Debtors or any other party in interest to seek to reopen the Closing Cases.

5. Within thirty (30) days of entry of this Final Decree, the Reorganized Debtors shall complete any remaining quarterly reports with respect to the Closing Cases and pay all outstanding U.S. Trustee fees for the Closing Cases.

6. The final report for the Reorganized Debtors in the Closing Cases required under Local Rule 3022-1(c) shall be included as part of a consolidated report for all the Reorganized Debtors and filed in connection with the closure of the Remaining Case.

7. The Clerk of the Court shall enter this Final Decree individually on the docket of each of the Closing Cases and thereafter such dockets shall be marked as "Closed."

8. All motions, contested matters, and adversary proceedings that remain open as of the date hereof, or that are opened in the future, with respect to the Reorganized Debtors shall be administered under the Remaining Case.

9. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Rules are satisfied by such notice.

10. The terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

11. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted in this Final Decree in accordance with the Motion.

12. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Decree.

Dated: June 19, 2018
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE